# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| CHERIE ALLEN ) | |
| ) | |
| v. ) | Civil Case No. 3:14-1318 |
| ) | Judge Kevin H. Sharp |
| BAYER HEALTHCARE ) | |
| PHARMACEUTICALS, INC. ) | |

## O R D E R

Pursuant to the Conditional Transfer Order (CTO-58) of the Judicial Panel on Multidistrict Litigation, MDL No. 2434, this case is hereby transferred to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and electronically transmit the record to the United States District Court for the Southern District of New York.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE